UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1311 (JMR/RLE)

Kevin W. Mohr )
)
v. ) ORDER
)
First District Association )

This matter is before the Court on defendant's motion for summary judgment on plaintiff's claims brought pursuant to the Family and Medical Leave Act (FMLA), breach of contract, and the Minnesota Human Rights Act (MHRA), and plaintiff's motion for summary judgment on his breach of contract claim. The Court heard oral argument on December 6, 2002. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendant's motion [Docket No. 8] is granted in part and denied in part, as plaintiff's FMLA claim is dismissed with prejudice and plaintiff's MHRA and breach of contract claims are dismissed without prejudice for want of jurisdiction.

2. Plaintiff's motion [Docket No. 16] is denied without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 6, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 9 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS